JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT PRICE McGOWAN,<br><br>   Petitioner,<br><br>   v.<br><br>B. HENDRICK, Warden,<br><br>   Respondent. | Case No. CV 13-5943-CAS (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the First Amended Petition is dismissed without prejudice.

DATED: February 19, 2014

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge